USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/17/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DONNIE ELY, a Participant in the PACE Industry Union-Management Pension Fund,

                              Plaintiff,

-against-

SEGAL COMPANY.,

                              Defendant.
-----------------------------------------------------------------X

1:20-mc-00028-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On January 15, 2020, Plaintiff filed a motion to compel a response to a subpoena served on Segal Company. Dkt No. 1. To the extent that Plaintiff wishes to pursue this relief, he is directed to do so via a proposed order to show cause rather than via a motion to compel.

The Clerk of Court is directed to terminate the motion pending at Dkt No. 1. Plaintiff is directed to serve a copy of this order on Defendant and to retain proof of service.

    SO ORDERED.

Dated: January 17, 2020
       New York, New York

                                                     _____
                                                     GREGORY H. WOODS
                                                     United States District Judge