USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/28/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DONNIE ELY, a Participant in the PACE
Industry Union-Management Pension Fund,

                    Plaintiff,

-against-

SEGAL COMPANY.,

                    Defendant.
-----------------------------------------------------------------X

1:20-mc-00028-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

By letter dated January 27, 2020, Plaintiff has informed the Court that Defendant has complied with the subpoena that is the subject of this action. Accordingly, the Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and to close this case. Plaintiff is directed to serve a copy of this order on Defendant and to retain proof of service.

    SO ORDERED.

Dated: January 28, 2020
       New York, New York

                                               GREGORY H. WOODS
                                               United States District Judge